FILED BY _NL_ D.C.
NOV - 6 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Page 1

October 29, 2025

Judge Ed Artau
United States District Court
400 North Miami Avenue
Miami, FL 33128

25-CV-62084-EA

Re: Interesting and Important Constitutional Questions

Dear Judge Artau:

Former Supreme Court Justice Louis Brandeis's famous dissent in Olmstead v. United States is relevant here:

> Crime is contagious. If the Government becomes a lawbreaker, it breeds contempt for law; it invites every man to become a law unto himself; it invites anarchy. To declare that in the administration of the criminal law the end justifies the means -- to declare that the Government may commit crimes in order to secure the conviction of a[n allegedly] private criminal -- would bring terrible retribution.

I have attempted to resolve the issues that gave rise to my action before you by beseeching every public officer and authority that I could think of, but to no avail. My petition submitted to you and the publicity it receives is my final recourse. Justice Brandeis also stated...

Publicity is justly commended as a remedy for social and industrial diseases. Sunlight is said to be the best of disinfectants; electric light the most efficient policeman.

I am publishing a narrative as to how the factual scenario of this action came about. It is my hope that the public will act as the check on your court that the framers intended and extended by judicial interpretation. My continued inability to obtain review on my burning constitutional question will see me devolve into a ball of unrelenting fury from the fundamental and irreparable unfairness that has been inflicted upon me. I very much hope to avoid this result.

I ask, respectfully request, that you provide me with the right to be heard and for nothing less than the cold neutrality that the law requires. It is the law and facts that I am capable of prevailing upon. I just need the opportunity to be heard.

Please find a personal courtesy copy of my Memorandum of Law in Support of my Complaint and Emergency Motion for a Stay of my State Court criminal proceedings. The former will demonstrate my entitlement to the latter in addition to raising interesting and important Constitutional questions:

1. Has Florida been violating criminal defendants' rights for the past two decades with an unconstitutional catch-22?

Page 3

2. Is there an exception to the Younger v. Harris exceptions á la the Fourth Amendment's good-faith exception?

3. Is the prosecution of my death penalty proceedings unconstitutional as currently contemplated?

And more.

Respectfully,
Daniel Ostrem

Daniel Adams #552000205
Broward County Main Jail
P.O. Box 9356
Fort Lauderdale, FL 33310

Judge Ed Artau
United States District Court
400 North Miami Avenue
Miami, FL 33128



NOV - 6 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Daniel Adams #552000205
Broward County Main Jail
P.O. Box 9356
Fort Lauderdale, FL 33310